UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (TRENTON)

Caption in Compliance with D.N.J. LBR 9004-1(b)
2017-2058

**Pincus Law Group, PLLC**
nlabletta@pincuslaw.com
Nicole LaBletta, Esquire
2929 Arch Street
Suite 1700
Philadelphia, PA 19104
(484) 575-2201
ATTORNEYS FOR U.S. Bank National Association,
not in its individual capacity
but solely in its capacity as Indenture Trustee of CIM
Trust 2018-NR1

In Re:

TODD SWILLINGER AND KATHLEEN Y
FONG-SWILLINGER

DEBTORS

Case No.: 20-21428

Chapter 13

Hearing Date: 12/16/2020

Judge: Christine M. Gravelle

## **OBJECTION TO CONFIRMATION OF THE PLAN**

Movant, U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2018-NR1 ("Movant"), by and through its counsel, Pincus Law Group, PLLC, hereby objects to the Debtors' Chapter 13 Plan (the "Plan"), as follows:

1. As of the bankruptcy filing date of October 7, 2020, Movant holds a secured claim against the Debtors' property located at **99 Bayberry Drive, Somerset, NJ 08873.**

2. Movant filed a Proof of Claim ("POC") with pre-petition arrears in the amount of $42,932.76.

3. The Plan does not provide for payment to Movant for any pre-petition arrears. Instead the Plan proposes Debtors are seeking a loan modification. Movant is not opposed to Debtors applying for a loan modification, however Movant shall be paid its arrearages through the Plan until a loan modification is approved. As a result, the Plan must be amended to reflect payment for the amount of arrears described above and payment of ongoing post-petition payments.

4. The Plan fails to cure the delinquency pursuant to 11 U.S.C. § 1322(b)(5).

5. The Plan violates of 11 U.S.C. § 1325(a)(5)(B)(ii) by not providing for Movant to receive the full value of its claim.

6. Movant objects to the feasibility of the Plan under 11 U.S.C. § 1325(a)(6). The Plan proposed by Debtors is not feasible. Movant requests that the bankruptcy case either be converted to a Chapter 7 or be dismissed pursuant to 11 U.S.C. § 1307.

WHEREFORE, Movant respectfully requests that this Honorable Court deny confirmation of the Debtors' Chapter 13 Plan.

Respectfully submitted,

Dated: 11/10/2020

**PINCUS LAW GROUP, PLLC**

By:  /s/ Nicole LaBletta
Nicole LaBletta Esquire
2929 Arch Street
Suite 1700
Philadelphia, PA 19104
Telephone: 484-575-2201
Fax: 516-279-6990
Email: nlabletta@pincuslaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Pincus Law Group, PLLC
nlabletta@pincuslaw.com
Nicole LaBletta, Esquire
2929 Arch Street
Suite 1700
Philadelphia, PA 19104
(484) 575-2201
ATTORNEYS FOR U.S. Bank National Association, not in its individual capacity
but solely in its capacity as Indenture Trustee of CIM Trust 2018-NR1

Case No.: 20-21428

Chapter: 13

In Re:

TODD SWILLINGER AND KATHLEEN Y FONG-SWILLINGER
DEBTORS

Adv. No.: n/a

Hearing Date: 12/16/2020

Judge: CMG

## CERTIFICATION OF SERVICE

1. I, _____Nicole LaBletta_____ :

   ☒ represent _____Movant_____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____November 10, 2020_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Objection to Plan

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 11/10/2020

/s/ Nicole LaBletta
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Todd Swillinger<br>Kathleen Y. Fong-Swillinger<br>99 Bayberry Drive<br>Somerset, NJ 08873 | Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Robert C. Nisenson<br>10 Auer Court<br>Suite E<br>East Brunswick, NJ 08816 | Debtors' Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

2