UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
McGovern Legal Services, LLC
By: William H. Brosha, Esq.
850 Carolier Lane
North Brunswick, NJ 08902
(732) 246-1221
Attorneys for Quailbrook Phase 1-B Condominium Association, Inc.

Order Filed on December 16, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No.: 20-21428 |
|---|---|
| TODD SWILLINGER AND KATHLEEN Y. FONG-SWILLINGER | Judge: Christine M. Gravelle |
| | Chapter: 13 |

## CONSENT ORDER RESOLVING CREDITOR'S OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN

The relief set forth on the following pages, numbered one (1) though three (3) is hereby **ORDERED.**

**DATED: December 16, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

1

McGOVERN LEGAL SERVICES, LLC
BY: WILLIAM H. BROSHA, ESQ.
850 CAROLIER LANE
NORTH BRUNSWICK, NEW JERSEY 08902
(732) 246-1221
ATTORNEYS FOR QUAILBROOK PHASE 1-B CONDOMINIUM ASSOCIATION, INC.

|  |  |
|---|---|
| In re:<br><br>TODD SWILLINGER AND<br>KATHLEEN Y. FONG-SWILLINGER<br><br>Debtors. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>IN PROCEEDINGS UNDER CHAPTER 13<br>OF THE BANKRUPTCY CODE<br><br>CASE NO.:   20-21428-CMG<br><br>CONSENT ORDER |

### CONSENT ORDER RESOLVING CREDITOR'S
### OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN

**THIS MATTER** having been brought before the Court by McGovern Legal Services, LLC, attorneys for creditor, Quailbrook Phase 1-B Condominium Association, Inc. (the "Association"), by way of Objection to Confirmation of Debtors' Chapter 13 Plan, the parties having consented to the relief set forth herein, and for good cause shown and no cause to the contrary appearing;

2

**IT IS ORDERED** as follows:

1. The Association's secured claim against the Debtors' estate is allowed in the amount of $15,187.78 and the Association's general unsecured claim against the Debtor's estate is allowed in the amount of $455.86, for a total claim of $15,643.64.

2. The Debtors shall pay the Association's secured claim in the amount of $15,187.78 through the Plan.

3. The Debtors shall pay the Association all post-petition assessments and fees as they become due and owing in regular course of business.

**WE HEREBY CONSENT TO THE FORM
AND ENTRY OF THIS CONSENT ORDER:**

McGovern Legal Services, LLC
Attorneys for Quailbrook Phase 1-B Condominium Association, Inc.

_____        12/9/20
WILLIAM H. BROSHA, ESQ.                 DATE

Robert C. Nisenson, LLC
Attorneys for Debtors, Todd Swillinger and Kathleen Y. Fong-Swillinger

_____        _____
ROBERT C. NISENSON, ESQ.                DATE

3