UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
McGovern Legal Services, LLC
By: William H. Brosha, Esq.
850 Carolier Lane
North Brunswick, NJ 08902
(732) 246-1221
Attorneys for Quailbrook Phase 1-B Condominium Association, Inc.

Order Filed on December 16, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

TODD SWILLINGER AND KATHLEEN Y. FONG-SWILLINGER

Case No.: 20-21428

Judge: Christine M. Gravelle

Chapter: 13

## CONSENT ORDER RESOLVING CREDITOR'S OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN

The relief set forth on the following pages, numbered one (1) though three (3) is hereby **ORDERED.**

DATED: December 16, 2020

Honorable Christine M. Gravelle
United States Bankruptcy Judge

McGOVERN LEGAL SERVICES, LLC
BY: WILLIAM H. BROSHA, ESQ.
850 CAROLIER LANE
NORTH BRUNSWICK, NEW JERSEY 08902
(732) 246-1221
ATTORNEYS FOR QUAILBROOK PHASE 1-B CONDOMINIUM ASSOCIATION, INC.

|  |  |
|---|---|
| In re:<br><br>TODD SWILLINGER AND<br>KATHLEEN Y. FONG-SWILLINGER<br><br>Debtors. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>IN PROCEEDINGS UNDER CHAPTER 13<br>OF THE BANKRUPTCY CODE<br><br>CASE NO.:  20-21428-CMG<br><br>**CONSENT ORDER** |

## CONSENT ORDER RESOLVING CREDITOR'S
## OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN

**THIS MATTER** having been brought before the Court by McGovern Legal Services, LLC, attorneys for creditor, Quailbrook Phase 1-B Condominium Association, Inc. (the "Association"), by way of Objection to Confirmation of Debtors' Chapter 13 Plan, the parties having consented to the relief set forth herein, and for good cause shown and no cause to the contrary appearing;

2

**IT IS ORDERED** as follows:

1. The Association's secured claim against the Debtors' estate is allowed in the amount of $15,187.78 and the Association's general unsecured claim against the Debtor's estate is allowed in the amount of $455.86, for a total claim of $15,643.64.

2. The Debtors shall pay the Association's secured claim in the amount of $15,187.78 through the Plan.

3. The Debtors shall pay the Association all post-petition assessments and fees as they become due and owing in regular course of business.

**WE HEREBY CONSENT TO THE FORM**
**AND ENTRY OF THIS CONSENT ORDER:**

McGovern Legal Services, LLC
Attorneys for Quailbrook Phase 1-B Condominium Association, Inc.

_____        12/9/20
WILLIAM H. BROSHA, ESQ.                    DATE

Robert C. Nisenson, LLC
Attorneys for Debtors, Todd Swillinger and Kathleen Y. Fong-Swillinger

_____        _____
ROBERT C. NISENSON, ESQ.                    DATE

3

United States Bankruptcy Court

District of New Jersey

In re:  
Todd Swillinger  
Kathleen Y. Fong-Swillinger  
    Debtor(s)

Case No. 20-21428-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Dec 16, 2020      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2020:**

**Recip ID**      **Recipient Name and Address**  
db/jdb      + Todd Swillinger, Kathleen Y. Fong-Swillinger, 99 Bayberry Drive, Somerset, NJ 08873-4212

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2020 at the address(es) listed below:

**Name**      **Email Address**

Albert Russo  
     docs@russotrustee.com

Denise E. Carlon  
     on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY IN ITS CAPACITY AS INDENTURE TRUSTEE OF CIM TRUST 2018-NR1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Nicole B. LaBletta  
     on behalf of Creditor U.S. Bank National Association et al nlabletta@pincuslaw.com brausch@pincuslaw.com

Robert C. Nisenson  
     on behalf of Joint Debtor Kathleen Y. Fong-Swillinger r.nisenson@rcn-law.com  
     doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com

Robert C. Nisenson  
     on behalf of Debtor Todd Swillinger r.nisenson@rcn-law.com

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 16, 2020 | Form ID: pdf903 | Total Noticed: 1 |

        doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com

U.S. Trustee

        USTPRegion03.NE.ECF@usdoj.gov

William H Brosha

        on behalf of Creditor Quailbrook Phase 1B Townhomes Association  Inc. collections@theassociationlawyers.com

TOTAL: 7