UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Nicole LaBletta, Esquire
Pincus Law Group, PLLC

2929 Arch Street, Suite 1700 Phila., Pa. 19104
nlabletta@pincuslaw.com
Attorneys for U.S. Bank National Association, not in its individual capacity but solely as Indenture Trustee of CIM Trust 2018-NR1

In Re:

Todd Swillinger and Kathleen Y. Fong-Swillinger

Order Filed on January 15, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 20-21428

Chapter:

Hearing Date: Wednesday, Dec.16, 2020

Judge: The Honorable Christine Gavelle

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following pages, numbered two (2) through ___2___ is **ORDERED**.

**DATED: January 15, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Nicole LaBletta, Esquire**
**Pincus Law Group, PLLC**
2929 Arch Street
Suite 1700
Phila, Pa. 19104
516-699-8902
nlabletta@pincuslaw.com
<u>Attorney for Secured Creditor</u>

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY     CASE NO. 20-21428

IN RE:
                                               CHAPTER 13

Todd Swillinger and Kathleen Y.
Fong-Swillinger
    Debtors

CONSENT ORDER RESOLVING
OBJECTION TO CONFIRMATION

HEARING DATE

This Consent Order pertains to the property located at 99 Bayberry Drive, Somerset, NJ 08873

THIS MATTER having been brought before the Court by, Robert C. Nisenson, Esquire attorney for the debtors, Todd Swillinger and Kathleen Y. Fong-Swillinger , upon the filing of a Chapter 13 Plan, and U.S. Bank National Association not in its individual capacity but solely as Indenture Trustee of CIM Trust 2018-NR1 ("Secured Creditor") by and through its attorneys, Pincus Law Group, PLLC, having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

                                                   ORDERED as follows:

1.    Pursuant to the Loss Mitigation Order entered in this case, the Debtor shall make post adequate protection payments to Secured Creditor.

2

2. In the event a loan modification is not obtained, Debtor will amend its plan to provide for arrears as contained in Secured Creditor's Proof of Claim 10-1, or to surrender the Property.

3. This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form, Content and entry of the within Order:

Robert Nisenson, ESQUIRE
Attorney for the Debtors

/s/ N
Robert Nisenson, Esq.

　/s/Nicole LaBletta
Nicole B. LaBletta, Esq.          Dated: Jan. 7, 2021
Attorney for Secured Creditor:

3