| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) Nicole LaBletta, Esquire Pincus Law Group, PLLC  2929 Arch Street, Suite 1700 Phila., Pa. 19104 nlabletta@pincuslaw.com Attorneys for U.S. Bank National Association, not in its individual capacity but solely as Indenture Trustee of CIM Trust 2018-NR1 | Order Filed on January 15, 2021 by Clerk U.S. Bankruptcy Court District of New Jersey |
| In Re:  Todd Swillinger and Kathleen Y. Fong-Swillinger | Case No.: 20-21428  Chapter:  Hearing Date: Wednesday, Dec.16, 2020  Judge: The Honorable Christine Gavelle |

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following pages, numbered two (2) through __2__ is **ORDERED**.

DATED: January 15, 2021

_Honorable Christine M. Gravelle_
United States Bankruptcy Judge

**Nicole LaBletta, Esquire**
**Pincus Law Group, PLLC**
2929 Arch Street
Suite 1700
Phila, Pa. 19104
516-699-8902
nlabletta@pincuslaw.com
Attorney for Secured Creditor

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY     CASE NO. 20-21428

IN RE:
                                                                    CHAPTER 13

Todd Swillinger and Kathleen Y.
Fong-Swillinger
    Debtors
                                                       CONSENT ORDER RESOLVING
                                                       OBJECTION TO CONFIRMATION

                                                       HEARING DATE

This Consent Order pertains to the property located at 99 Bayberry Drive, Somerset, NJ 08873

THIS MATTER having been brought before the Court by, Robert C. Nisenson, Esquire attorney for the debtors, Todd Swillinger and Kathleen Y. Fong-Swillinger , upon the filing of a Chapter 13 Plan, and U.S. Bank National Association not in its individual capacity but solely as Indenture Trustee of CIM Trust 2018-NR1 ("Secured Creditor") by and through its attorneys, Pincus Law Group, PLLC, having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

                                                       ORDERED as follows:

1.     Pursuant to the Loss Mitigation Order entered in this case, the Debtor shall make post adequate protection payments to Secured Creditor.

2

2. In the event a loan modification is not obtained, Debtor will amend its plan to provide for arrears as contained in Secured Creditor's Proof of Claim 10-1, or to surrender the Property.

3. This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form, Content and entry of the within Order:

Robert Nisenson, ESQUIRE
Attorney for the Debtors

/s/ *N*
Robert Nisenson, Esq.


 /s/Nicole LaBletta
Nicole B. LaBletta, Esq.                                            Dated: Jan. 7, 2021
Attorney for Secured Creditor:

3

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 20-21428-CMG
Todd Swillinger  Chapter 13
Kathleen Y. Fong-Swillinger
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 2
Date Rcvd: Jan 15, 2021 | Form ID: pdf903 | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**  **Definition**
+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2021:**

**Recip ID**  **Recipient Name and Address**
db/jdb  + Todd Swillinger, Kathleen Y. Fong-Swillinger, 99 Bayberry Drive, Somerset, NJ 08873-4212

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2021  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2021 at the address(es) listed below:

**Name**  **Email Address**

Albert Russo
    docs@russotrustee.com

Denise E. Carlon
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY IN ITS CAPACITY AS INDENTURE TRUSTEE OF CIM TRUST 2018-NR1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Nicole B. LaBletta
    on behalf of Creditor U.S. Bank National Association et al nlabletta@pincuslaw.com  brausch@pincuslaw.com

Robert C. Nisenson
    on behalf of Joint Debtor Kathleen Y. Fong-Swillinger r.nisenson@rcn-law.com
    doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com

Robert C. Nisenson
    on behalf of Debtor Todd Swillinger r.nisenson@rcn-law.com

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 15, 2021 | Form ID: pdf903 | Total Noticed: 1 |

doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

William H Brosha

on behalf of Creditor Quailbrook Phase 1B Townhomes Association Inc. collections@theassociationlawyers.com

TOTAL: 7