Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 20−21428−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Todd Swillinger                                    Kathleen Y. Fong−Swillinger
   99 Bayberry Drive                                  99 Bayberry Drive
   Somerset, NJ 08873                                 Somerset, NJ 08873

Social Security No.:
   xxx−xx−9241                                        xxx−xx−6764

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 4/6/22 at 09:00 AM

to consider and act upon the following:

**76** − Certification in Opposition to (related document:75 Creditor's Certification of Default (related document:71 Order on Motion For Relief From Stay) filed by Jonathan C. Schwalb on behalf of Fay Servicing, LLC as servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee of CIM Trust 2021−NR2. Objection deadline is 03/16/2022. (Attachments: # 1 Exhibit A # 2 Proposed Order # 3 Certificate of Service) filed by Creditor Fay Servicing, LLC as servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee of CIM Trust 2021−NR2) filed by Robert C. Nisenson on behalf of Todd Swillinger. (Nisenson, Robert)

Dated: 3/15/22

                                          Jeanne Naughton
                                          Clerk, U.S. Bankruptcy Court