Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−21428−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Todd Swillinger | Kathleen Y. Fong−Swillinger |
| 99 Bayberry Drive | 99 Bayberry Drive |
| Somerset, NJ 08873 | Somerset, NJ 08873 |

Social Security No.:
   xxx−xx−9241                                            xxx−xx−6764

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on April 12, 2021.

On March 15, 2022 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:                 April 20, 2022
Time:                10:00 AM
Location:            Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: March 18, 2022
JAN: pbf

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-21428-CMG |
| Todd Swillinger | Chapter 13 |
| Kathleen Y. Fong-Swillinger | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 18, 2022 | Form ID: 185 | Total Noticed: 46 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Todd Swillinger, Kathleen Y. Fong-Swillinger, 99 Bayberry Drive, Somerset, NJ 08873-4212 |
| lm | + | Fay Servicing, LLC, 440 S. LaSalle Street, Suite 2000, Chicago, IL 60605-5011 |
| cr | + | Fay Servicing, LLC as servicer for Wilmington Savi, Friedman Vartolo LLP, 1325 Franklin Ave, 1325 Franklin Ave, Garden City, NY 11530-1631 |
| cr | + | Quailbrook Phase 1B Townhomes Association, Inc., McGovern Legal Services, LLC, 850 Carolier Lane, North Brunswick, NJ 08902-3312 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVID, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 519049493 | # | CONVERGENT HEALTHCARE RECOVERIES, PO BOX 1289, PEORIA, IL 61654-1289 |
| 518982090 | + | Cares Surgi Center, C/O Felt, Gerard, J, Pressler Felt & War, 7 Entin Rd., Parsippany, NJ 07054-5020 |
| 518982093 | + | Fay Servicing, PO Box 619063, Dallas, TX 75261-9063 |
| 519001150 | + | Fay Servicing, POB 814609, Dallas, TX 75381-4609 |
| 518982094 | + | Financial Recoveries, Attn: Bankruptcy, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 519250162 | | New York State Department of Taxation & Finance, Bankruptcy Section, P O Box 5300, Albany, NY 12205-0300 |
| 519026363 | + | Philip A. Kahn, Esq., c/o Fein Such Kahn & Shepard PC, 7 Century Dr., Suite 201, Parsippany, NJ 07054-4609 |
| 518982098 | + | Quail Brook Phase Homeowners Association, C/O McGovern Legal Services, LLC, 850 Carolier Lane, North Brunswick, NJ 08902-3312 |
| 518994189 | + | Quailbrook Phase 1B Homeowners Association, Inc., 850 Carolier Lane, North Brunswick NJ 08902-3312 |
| 518982099 | + | Quality Asset Recovery, Attn: Bankruptcy, Po Box 239, Gibbsboro, NJ 08026-0239 |
| 518982104 | + | Robert Wood Johnson, C/O Celentano, Stadtmauer & Walentowicz,, 1035 Route 46 East, Suite B208, Clifton, NJ 07013-2469 |
| 519026364 | + | Saint Peter's University Hospital, c/o Fein Such Kahn & Shepard PC, 7 Century Dr., Suite 201, Parsippany, NJ 07054-4609 |
| 518982107 | + | State of New Jersey, PO Box 245, Trenton, NJ 08695-0245 |
| 518982108 | | State of New York Tax, Harriman Campus Rd, Albany, NY 12226 |
| 518987199 | + | U.S. Bank National Association, c/o Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |
| 519002201 | | U.S. Bank National Association, not in its individ, Fay Servicing, LLC, P.O. Box 814609, Dallas, TX 75381-4609 |
| 519005939 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519321790 | | Wilmington Savings Fund Society, PO Box 814609, Dallas, TX 75381-4609 |
| 519321791 | | Wilmington Savings Fund Society, PO Box 814609, Dallas, TX 75381-4609, Wilmington Savings Fund Society, PO Box 814609 Dallas, TX 75381-4609 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 18 2022 20:22:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 18 2022 20:22:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519037804 | + | Email/PDF: rmscedi@recoverycorp.com | Mar 18 2022 20:25:49 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518982088 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 18 2022 20:25:22 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518993065 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 18 2022 20:36:06 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518982091 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 18 2022 20:25:34 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519019228 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Mar 18 2022 20:22:00 | HYUNDAI CAPITAL AMERICA DBA, HYUNDAI MOTOR FINANCE, PO BOX 20809, FOUNTAIN VALLEY, CA 92728-0809 |
| 518982095 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Mar 18 2022 20:22:00 | Hyundai Finc, Attn: Bankruptcy, Po Box 20809, Fountain City, CA 92728-0809 |
| 518982097 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 18 2022 20:22:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518986160 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 18 2022 20:25:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519000922 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 18 2022 20:22:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519042303 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 18 2022 20:25:39 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 519042262 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 18 2022 20:36:06 | Portfolio Recovery Associates, LLC, c/o Modells, POB 41067, Norfolk VA 23541 |
| 519041432 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 18 2022 20:25:41 | Portfolio Recovery Associates, LLC, c/o Old Navy, POB 41067, Norfolk VA 23541 |
| 519042259 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 18 2022 20:36:07 | Portfolio Recovery Associates, LLC, c/o Pc Richard, POB 41067, Norfolk VA 23541 |
| 519041437 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 18 2022 20:25:56 | Portfolio Recovery Associates, LLC, c/o TJX, POB 41067, Norfolk, VA 23541 |
| 519041435 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 18 2022 20:25:43 | Portfolio Recovery Associates, LLC, c/o WAL-MART, POB 41067, Norfolk, VA 23541 |
| 519017366 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 18 2022 20:36:07 | PYOD LLC, c/o Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 519026363 | + | Email/Text: ecourts.col_efilings@fskslaw.com | Mar 18 2022 20:22:00 | Philip A. Kahn, Esq., c/o Fein Such Kahn & Shepard PC, 7 Century Dr., Suite 201, Parsippany, NJ 07054-4609 |
| 519039964 | | Email/Text: bnc-quantum@quantum3group.com | Mar 18 2022 20:22:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518982105 | + | Email/Text: bankruptcy@savit.com | Mar 18 2022 20:22:00 | SaVit Collection Agency, Attn: Bankruptcy, Po Box 250, East Brunswick, NJ 08816-0250 |
| 519026364 | + | Email/Text: ecourts.col_efilings@fskslaw.com | Mar 18 2022 20:22:00 | Saint Peter's University Hospital, c/o Fein Such Kahn & Shepard PC, 7 Century Dr., Suite 201, Parsippany, NJ 07054-4609 |
| 518982109 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 18 2022 20:25:03 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519045484 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 18 2022 20:36:06 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518982089 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

Case 20-21428-CMG    Doc 81    Filed 03/20/22    Entered 03/21/22 00:16:23    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 18, 2022 | Form ID: 185 | Total Noticed: 46 |

| | | |
|---|---|---|
| 518982092 | *+ | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518982096 | *+ | Hyundai Finc, Attn: Bankruptcy, Po Box 20809, Fountain City, CA 92728-0809 |
| 518982100 | *+ | Quality Asset Recovery, Attn: Bankruptcy, Po Box 239, Gibbsboro, NJ 08026-0239 |
| 518982101 | *+ | Quality Asset Recovery, Attn: Bankruptcy, Po Box 239, Gibbsboro, NJ 08026-0239 |
| 518982102 | *+ | Quality Asset Recovery, Attn: Bankruptcy, Po Box 239, Gibbsboro, NJ 08026-0239 |
| 518982103 | *+ | Quality Asset Recovery, Attn: Bankruptcy, Po Box 239, Gibbsboro, NJ 08026-0239 |
| 518982106 | *+ | SaVit Collection Agency, Attn: Bankruptcy, Po Box 250, East Brunswick, NJ 08816-0250 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2022         Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY IN ITS CAPACITY AS INDENTURE TRUSTEE OF CIM TRUST 2018-NR1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jonathan C. Schwalb | on behalf of Creditor Fay Servicing  LLC as servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee of CIM Trust 2021-NR2 bankruptcy@friedmanvartolo.com |
| Kyle Anthony Livingstone | on behalf of Creditor Quailbrook Phase 1B Townhomes Association  Inc. klivingstone@theassociationlawyers.com |
| Nicole B. LaBletta | on behalf of Creditor U.S. Bank National Association et al nlabletta@lablettawalters.com  tharalla@lablettawalters.com |
| Robert C. Nisenson | on behalf of Joint Debtor Kathleen Y. Fong-Swillinger r.nisenson@rcn-law.com doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com |
| Robert C. Nisenson | on behalf of Debtor Todd Swillinger r.nisenson@rcn-law.com doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H Brosha | on behalf of Creditor Quailbrook Phase 1B Townhomes Association  Inc. collections@theassociationlawyers.com |

TOTAL: 9