UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
McGovern Legal Services, LLC
By: Marlena S. Diaz-Cobo, Esq.
850 Carolier Lane
North Brunswick, NJ 08902
(732) 246-1221
Attorneys for Quailbrook Phase 1B Townhomes
Association, Inc.

**Order Filed on May 27, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

TODD SWILLINGER

Case No.: 20-21428

Judge: Christine M. Gravelle

Chapter: 13

## CONSENT ORDER RESOLVING CREDITOR'S MOTION FOR STAY RELIEF

The relief set forth on the following pages, numbered one (1) though four (4) is hereby **ORDERED**.

**DATED: May 27, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

McGOVERN LEGAL SERVICES, LLC
BY: MARLENA S. DIAZ-COBO, ESQ.
850 CAROLIER LANE
NORTH BRUNSWICK, NEW JERSEY 08902
(732) 246-1221
ATTORNEYS FOR QUAILBROOK PHASE 1B TOWNHOMES ASSOCIATION, INC.

| | |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY IN PROCEEDINGS UNDER CHAPTER 13 OF THE BANKRUPTCY CODE |
| TODD SWILLINGER | CASE NO.:   20-21428-CMG |
| Debtor. | **CONSENT ORDER** |

## CONSENT ORDER RESOLVING CREDITOR'S MOTION FOR STAY RELIEF

**THIS MATTER** having been brought before the court by McGovern Legal Services, LLC, attorneys for creditor, Quailbrook Phase 1B Townhomes Association, Inc. (the "Association"), by way of a Motion for Stay Relief and the parties having consented to the relief set forth herein, and for good cause shown and no cause to the contrary appearing;

**IT IS ORDERED, ADJUDGED AND DECREED THAT** the Debtor was indebted to the Association in the amount of **$4,770.50** in post-petition maintenance fees, late fees and attorneys' fees related to the Association's attempts to collect unpaid post-petition fees through November 15, 2021 (the "Total Due"). The Total Due is detailed below:

| | |
|---|---|
| Maintenance Fees (11/2020 – 11/15/21)): | $4,535.00 |
| Late Fees (11/2020 – 11/15/21) | $105.00 |
| Less Credits | -$360.00 |
| Legal (only work related to post-petition Default through 11/15/21) | $490.50 |

Total:                                                                $4,770.50

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT** the Debtor shall pay the

Association $4,770.50 by personal or certified check made payable to Quailbrook Phase 1B Townhomes

Association, Inc. and received by McGovern Legal Services, LLC, 850 Carolier Lane, North Brunswick, NJ

08902 on or before December 15, 2021.

      **IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT** the Debtor shall maintain

post-petition assessments, special assessments and other post-petition obligations as they become due and

owing to the Association commencing on December 1, 2021; and

      **IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT** if the Debtor fails to make

the immediate payment specified above or fails to make any regular monthly payment or the additional

monthly cure payment within thirty (30) days of the date the payments are due, then the Association may

obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a

Certification specifying the Debtor's failure to comply with this order. At the time the Certification is filed

with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the

Debtor's attorney.

WE HEREBY CONSENT TO THE FORM
AND ENTRY OF THIS CONSENT ORDER:

McGovern Legal Services, LLC
Attorneys for Quailbrook Phase 1B Townhomes Association, Inc.

_____                    5/25/22
MARLENA S. DIAZ-COBO, ESQ.                          DATE

_____                    5/17/22
ROBERT C. NISENSON, ESQ.                            DATE
Attorney for Debtor