Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 20−21428−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Todd Swillinger | Kathleen Y. Fong−Swillinger |
| 99 Bayberry Drive | 99 Bayberry Drive |
| Somerset, NJ 08873 | Somerset, NJ 08873 |

Social Security No.:
 xxx−xx−9241                                          xxx−xx−6764

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 2, 2022.

Dated: June 2, 2022
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Todd Swillinger  
Kathleen Y. Fong-Swillinger  
    Debtors

Case No. 20-21428-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Jun 02, 2022      Form ID: plncf13      Total Noticed: 46

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Todd Swillinger, Kathleen Y. Fong-Swillinger, 99 Bayberry Drive, Somerset, NJ 08873-4212 |
| lm | + | Fay Servicing, LLC, 440 S. LaSalle Street, Suite 2000, Chicago, IL 60605-5011 |
| cr | + | Fay Servicing, LLC as servicer for Wilmington Savi, Friedman Vartolo LLP, 1325 Franklin Ave, 1325 Franklin Ave, Garden City, NY 11530-1631 |
| cr | + | Quailbrook Phase 1B Townhomes Association, Inc., McGovern Legal Services, LLC, 850 Carolier Lane, North Brunwsick, NJ 08902-3312 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVID, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 519049493 | # | CONVERGENT HEALTHCARE RECOVERIES, PO BOX 1289, PEORIA, IL 61654-1289 |
| 518982090 | + | Cares Surgi Center, C/O Felt, Gerard, J, Pressler Felt & War, 7 Entin Rd., Parsippany, NJ 07054-5020 |
| 518982094 | + | Financial Recoveries, Attn: Bankruptcy, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 519250162 | | New York State Department of Taxation & Finance, Bankruptcy Section, P O Box 5300, Albany, NY 12205-0300 |
| 518982098 | + | Quail Brook Phase Homeowners Association, C/O McGovern Legal Services, LLC, 850 Carolier Lane, North Brunswick, NJ 08902-3312 |
| 518994189 | + | Quailbrook Phase 1B Homeowners Association, Inc., 850 Carolier Lane, North Brunswick NJ 08902-3312 |
| 518982099 | + | Quality Asset Recovery, Attn: Bankruptcy, Po Box 239, Gibbsboro, NJ 08026-0239 |
| 518982104 | + | Robert Wood Johnson, C/O Celentano, Stadtmauer & Walentowicz,, 1035 Route 46 East, Suite B208, Clifton, NJ 07013-2469 |
| 518982107 | + | State of New Jersey, PO Box 245, Trenton, NJ 08695-0245 |
| 518982108 | | State of New York Tax, Harriman Campus Rd, Albany, NY 12226 |
| 519005939 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519321790 | | Wilmington Savings Fund Society, PO Box 814609, Dallas, TX 75381-4609 |
| 519321791 | | Wilmington Savings Fund Society, PO Box 814609, Dallas, TX 75381-4609, Wilmington Savings Fund Society, PO Box 814609 Dallas, TX 75381-4609 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 02 2022 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 02 2022 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519037804 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 02 2022 20:53:23 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518982088 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 02 2022 20:53:28 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518993065 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 02 2022 20:53:14 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518982091 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 02 2022 20:53:21 | Credit One Bank, Attn: Bankruptcy, Po Box |

Case 20-21428-CMG    Doc 97    Filed 06/04/22    Entered 06/05/22 00:13:47    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 02, 2022 | Form ID: plncf13 | Total Noticed: 46 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 98873, Las Vegas, NV 89193-8873 |
| 518982093 | | Email/Text: ECF@fayservicing.com | Jun 02 2022 20:47:00 | Fay Servicing, PO Box 619063, Dallas, TX 75261 |
| 519001150 | | Email/Text: ECF@fayservicing.com | Jun 02 2022 20:47:00 | Fay Servicing, POB 814609, Dallas, TX 75381 |
| 519019228 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jun 02 2022 20:48:00 | HYUNDAI CAPITAL AMERICA DBA, HYUNDAI MOTOR FINANCE, PO BOX 20809, FOUNTAIN VALLEY, CA 92728-0809 |
| 518982095 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jun 02 2022 20:48:00 | Hyundai Finc, Attn: Bankruptcy, Po Box 20809, Fountain City, CA 92728-0809 |
| 518982097 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 02 2022 20:47:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518986160 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 02 2022 20:53:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519000922 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 02 2022 20:47:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519042303 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 02 2022 20:53:31 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 519042262 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 02 2022 20:53:14 | Portfolio Recovery Associates, LLC, c/o Modells, POB 41067, Norfolk VA 23541 |
| 519041432 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 02 2022 20:53:13 | Portfolio Recovery Associates, LLC, c/o Old Navy, POB 41067, Norfolk VA 23541 |
| 519042259 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 02 2022 20:53:13 | Portfolio Recovery Associates, LLC, c/o Pc Richard, POB 41067, Norfolk VA 23541 |
| 519041437 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 02 2022 20:53:14 | Portfolio Recovery Associates, LLC, c/o TJX, POB 41067, Norfolk, VA 23541 |
| 519041435 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 02 2022 20:53:13 | Portfolio Recovery Associates, LLC, c/o WAL-MART, POB 41067, Norfolk, VA 23541 |
| 519017366 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 02 2022 20:53:15 | PYOD LLC, c/o Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 519026363 | + | Email/Text: ecourts.col_efilings@fskslaw.com | Jun 02 2022 20:47:00 | Philip A. Kahn, Esq., c/o Fein Such Kahn & Shepard PC, 7 Century Dr., Suite 201, Parsippany, NJ 07054-4609 |
| 519039964 | | Email/Text: bnc-quantum@quantum3group.com | Jun 02 2022 20:47:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518982105 | + | Email/Text: bankruptcy@savit.com | Jun 02 2022 20:48:00 | SaVit Collection Agency, Attn: Bankruptcy, Po Box 250, East Brunswick, NJ 08816-0250 |
| 519026364 | + | Email/Text: ecourts.col_efilings@fskslaw.com | Jun 02 2022 20:47:00 | Saint Peter's University Hospital, c/o Fein Such Kahn & Shepard PC, 7 Century Dr., Suite 201, Parsippany, NJ 07054-4609 |
| 518982109 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 02 2022 20:53:29 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518987199 | + | Email/Text: bkecf@padgettlawgroup.com | Jun 02 2022 20:47:00 | U.S. Bank National Association, c/o Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |
| 519002201 | ^ | MEBN | Jun 02 2022 20:45:55 | U.S. Bank National Association, not in its individ, Fay Servicing, LLC, P.O. Box 814609, Dallas, TX 75381-4609 |
| 519045484 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 02 2022 20:53:32 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518982089 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518982092 | *+ | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518982096 | *+ | Hyundai Finc, Attn: Bankruptcy, Po Box 20809, Fountain City, CA 92728-0809 |
| 518982100 | *+ | Quality Asset Recovery, Attn: Bankruptcy, Po Box 239, Gibbsboro, NJ 08026-0239 |
| 518982101 | *+ | Quality Asset Recovery, Attn: Bankruptcy, Po Box 239, Gibbsboro, NJ 08026-0239 |
| 518982102 | *+ | Quality Asset Recovery, Attn: Bankruptcy, Po Box 239, Gibbsboro, NJ 08026-0239 |
| 518982103 | *+ | Quality Asset Recovery, Attn: Bankruptcy, Po Box 239, Gibbsboro, NJ 08026-0239 |
| 518982106 | *+ | SaVit Collection Agency, Attn: Bankruptcy, Po Box 250, East Brunswick, NJ 08816-0250 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2022         Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY IN ITS CAPACITY AS INDENTURE TRUSTEE OF CIM TRUST 2018-NR1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jonathan C. Schwalb | on behalf of Creditor Fay Servicing LLC as servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee of CIM Trust 2021-NR2 bankruptcy@friedmanvartolo.com |
| Kyle Anthony Livingstone | on behalf of Creditor Quailbrook Phase 1B Townhomes Association Inc. klivingstone@theassociationlawyers.com |
| Nicole B. LaBletta | on behalf of Creditor U.S. Bank National Association et al nlabletta@lablettawalters.com tharalla@lablettawalters.com |
| Robert C. Nisenson | on behalf of Joint Debtor Kathleen Y. Fong-Swillinger r.nisenson@rcn-law.com doreen@rcn-law.com;g2729@notify.cincompass.com;nisenson rr70983@notify.bestcase.com |
| Robert C. Nisenson | on behalf of Debtor Todd Swillinger r.nisenson@rcn-law.com doreen@rcn-law.com;g2729@notify.cincompass.com;nisenson rr70983@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H Brosha | on behalf of Creditor Quailbrook Phase 1B Townhomes Association Inc. collections@theassociationlawyers.com |

TOTAL: 9