Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 20−21428−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| Todd Swillinger | Kathleen Y. Fong−Swillinger |
| 99 Bayberry Drive | 99 Bayberry Drive |
| Somerset, NJ 08873 | Somerset, NJ 08873 |

Social Security No.:
    xxx−xx−9241                              xxx−xx−6764

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on September 7, 2022.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 7, 2022
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:    Case No. 20-21428-CMG
Todd Swillinger    Chapter 13
Kathleen Y. Fong-Swillinger
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 4
Date Rcvd: Sep 07, 2022    Form ID: 148    Total Noticed: 46

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Todd Swillinger, Kathleen Y. Fong-Swillinger, 99 Bayberry Drive, Somerset, NJ 08873-4212 |
| lm | + | Fay Servicing, LLC, 440 S. LaSalle Street, Suite 2000, Chicago, IL 60605-5011 |
| cr | + | Fay Servicing, LLC as servicer for Wilmington Savi, Friedman Vartolo LLP, 1325 Franklin Ave, 1325 Franklin Ave, Garden City, NY 11530-1631 |
| cr | + | Quailbrook Phase 1B Townhomes Association, Inc., McGovern Legal Services, LLC, 850 Carolier Lane, North Brunwsick, NJ 08902-3312 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVID, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 519049493 | # | CONVERGENT HEALTHCARE RECOVERIES, PO BOX 1289, PEORIA, IL 61654-1289 |
| 518982090 | + | Cares Surgi Center, C/O Felt, Gerard, J, Pressler Felt & War, 7 Entin Rd., Parsippany, NJ 07054-5020 |
| 518982094 | + | Financial Recoveries, Attn: Bankruptcy, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 519250162 | | New York State Department of Taxation & Finance, Bankruptcy Section, P O Box 5300, Albany, NY 12205-0300 |
| 518982098 | + | Quail Brook Phase Homeowners Association, C/O McGovern Legal Services, LLC, 850 Carolier Lane, North Brunswick, NJ 08902-3312 |
| 518994189 | + | Quailbrook Phase 1B Homeowners Association, Inc., 850 Carolier Lane, North Brunswick NJ 08902-3312 |
| 518982099 | + | Quality Asset Recovery, Attn: Bankruptcy, Po Box 239, Gibbsboro, NJ 08026-0239 |
| 518982104 | + | Robert Wood Johnson, C/O Celentano, Stadtmauer & Walentowicz,, 1035 Route 46 East, Suite B208, Clifton, NJ 07013-2469 |
| 518982107 | + | State of New Jersey, PO Box 245, Trenton, NJ 08695-0245 |
| 518982108 | | State of New York Tax, Harriman Campus Rd, Albany, NY 12226 |
| 519321790 | | Wilmington Savings Fund Society, PO Box 814609, Dallas, TX 75381-4609 |
| 519321791 | | Wilmington Savings Fund Society, PO Box 814609, Dallas, TX 75381-4609, Wilmington Savings Fund Society, PO Box 814609 Dallas, TX 75381-4609 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 07 2022 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 07 2022 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519037804 | + | EDI: RECOVERYCORP.COM | Sep 08 2022 00:33:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518982088 | + | EDI: CAPITALONE.COM | Sep 08 2022 00:33:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518993065 | + | EDI: AIS.COM | Sep 08 2022 00:33:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518982091 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 07 2022 20:44:44 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |

| Recipient ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 518982093 | | Email/Text: ECF@fayservicing.com | Sep 07 2022 20:35:00 | Fay Servicing, PO Box 619063, Dallas, TX 75261 |
| 519001150 | | Email/Text: ECF@fayservicing.com | Sep 07 2022 20:35:00 | Fay Servicing, POB 814609, Dallas, TX 75381 |
| 518982094 | ^ | MEBN | Sep 07 2022 20:33:14 | Financial Recoveries, Attn: Bankruptcy, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 519019228 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Sep 07 2022 20:36:00 | HYUNDAI CAPITAL AMERICA DBA, HYUNDAI MOTOR FINANCE, PO BOX 20809, FOUNTAIN VALLEY, CA 92728-0809 |
| 518982095 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Sep 07 2022 20:36:00 | Hyundai Finc, Attn: Bankruptcy, Po Box 20809, Fountain City, CA 92728-0809 |
| 518982097 | | EDI: IRS.COM | Sep 08 2022 00:33:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518986160 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 07 2022 20:44:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519000922 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 07 2022 20:35:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519042303 | | EDI: PRA.COM | Sep 08 2022 00:33:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 519042262 | | EDI: PRA.COM | Sep 08 2022 00:33:00 | Portfolio Recovery Associates, LLC, c/o Modells, POB 41067, Norfolk VA 23541 |
| 519041432 | | EDI: PRA.COM | Sep 08 2022 00:33:00 | Portfolio Recovery Associates, LLC, c/o Old Navy, POB 41067, Norfolk VA 23541 |
| 519042259 | | EDI: PRA.COM | Sep 08 2022 00:33:00 | Portfolio Recovery Associates, LLC, c/o Pc Richard, POB 41067, Norfolk VA 23541 |
| 519041437 | | EDI: PRA.COM | Sep 08 2022 00:33:00 | Portfolio Recovery Associates, LLC, c/o TJX, POB 41067, Norfolk, VA 23541 |
| 519041435 | | EDI: PRA.COM | Sep 08 2022 00:33:00 | Portfolio Recovery Associates, LLC, c/o WAL-MART, POB 41067, Norfolk, VA 23541 |
| 519017366 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 07 2022 20:44:44 | PYOD LLC, c/o Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 519026363 | + | Email/Text: ecourts.col_efilings@fskslaw.com | Sep 07 2022 20:35:00 | Philip A. Kahn, Esq., c/o Fein Such Kahn & Shepard PC, 7 Century Dr., Suite 201, Parsippany, NJ 07054-4609 |
| 518982099 | ^ | MEBN | Sep 07 2022 20:33:13 | Quality Asset Recovery, Attn: Bankruptcy, Po Box 239, Gibbsboro, NJ 08026-0239 |
| 519039964 | | EDI: Q3G.COM | Sep 08 2022 00:33:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518982105 | + | Email/Text: bankruptcy@savit.com | Sep 07 2022 20:36:00 | SaVit Collection Agency, Attn: Bankruptcy, Po Box 250, East Brunswick, NJ 08816-0250 |
| 519026364 | + | Email/Text: ecourts.col_efilings@fskslaw.com | Sep 07 2022 20:35:00 | Saint Peter's University Hospital, c/o Fein Such Kahn & Shepard PC, 7 Century Dr., Suite 201, Parsippany, NJ 07054-4609 |
| 518982109 | + | EDI: RMSC.COM | Sep 08 2022 00:33:00 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518987199 | + | Email/Text: bkecf@padgettlawgroup.com | Sep 07 2022 20:35:00 | U.S. Bank National Association, c/o Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |
| 519002201 | ^ | MEBN | Sep 07 2022 20:32:13 | U.S. Bank National Association, not in its individ, Fay Servicing, LLC, P.O. Box 814609, Dallas, TX 75381-4609 |
| 519045484 | + | EDI: AIS.COM | Sep 08 2022 00:33:00 | Verizon, by American InfoSource as agent, 4515 |

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 07, 2022 | Form ID: 148 | Total Noticed: 46 |

| 519005939 | EDI: WFCCSBK | Sep 08 2022 00:33:00 | N Santa Fe Ave, Oklahoma City, OK 73118-7901<br>Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518982089 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518982092 | *+ | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518982096 | *+ | Hyundai Finc, Attn: Bankruptcy, Po Box 20809, Fountain City, CA 92728-0809 |
| 518982100 | *+ | Quality Asset Recovery, Attn: Bankruptcy, Po Box 239, Gibbsboro, NJ 08026-0239 |
| 518982101 | *+ | Quality Asset Recovery, Attn: Bankruptcy, Po Box 239, Gibbsboro, NJ 08026-0239 |
| 518982102 | *+ | Quality Asset Recovery, Attn: Bankruptcy, Po Box 239, Gibbsboro, NJ 08026-0239 |
| 518982103 | *+ | Quality Asset Recovery, Attn: Bankruptcy, Po Box 239, Gibbsboro, NJ 08026-0239 |
| 518982106 | *+ | SaVit Collection Agency, Attn: Bankruptcy, Po Box 250, East Brunswick, NJ 08816-0250 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2022        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY IN ITS CAPACITY AS INDENTURE TRUSTEE OF CIM TRUST 2018-NR1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jonathan C. Schwalb | on behalf of Creditor Fay Servicing LLC as servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee of CIM Trust 2021-NR2 bankruptcy@friedmanvartolo.com |
| Kyle Anthony Livingstone | on behalf of Creditor Quailbrook Phase 1B Townhomes Association Inc. klivingstone@theassociationlawyers.com |
| Nicole B. LaBletta | on behalf of Creditor U.S. Bank National Association et al nlabletta@lablettawalters.com tharalla@lablettawalters.com |
| Robert C. Nisenson | on behalf of Joint Debtor Kathleen Y. Fong-Swillinger r.nisenson@rcn-law.com doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com |

District/off: 0312-3 | User: admin | Page 4 of 4
Date Rcvd: Sep 07, 2022 | Form ID: 148 | Total Noticed: 46

Robert C. Nisenson
    on behalf of Debtor Todd Swillinger r.nisenson@rcn-law.com
    doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William H Brosha
    on behalf of Creditor Quailbrook Phase 1B Townhomes Association  Inc. collections@theassociationlawyers.com

TOTAL: 10